

| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

August 23, 2019

BILA FAMILY PARTNERSHIP
162 NORTH MAINE STREET
FLORIDA, NY 10921

RECEIVED

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 19-CI-00794

COURT:  Circuit Court Clerk
        Christian County, Division: I
        Christian County Justice Center
        100 Justice Way
        Hopkinsville, KY 42240-2368
        Phone: (270) 889-6539

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-E-105    Sum Code: CI |  | Case #: **19-CI-00794** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky Court of Justice   Courts.ky.gov | | County: **CHRISTIAN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* ASHBY, MARTHA VS. BIG LOTS STORES, INC., ET AL, *Defendant*

TO: **BILA FAMILY PARTNERSHIP**
**162 NORTH MAINE STREET**
**FLORIDA, NY 10921**

RECEIVED

AUG 22 2019

SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Paige Parker, Christian
Circuit Clerk
Date: **8/15/2019**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 183159013160275@00000158444
CIRCUIT: 19-CI-00794 Long Arm Statute – Secretary of State
ASHBY, MARTHA VS. BIG LOTS STORES, INC., ET AL



Page 1 of 1

eFiled

*Presiding Judge: HON. ANDREW SELF (603276)*

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
Division  I
Civil Action No: 19-CI-00794

MARTHA ASHBY                                                                                           PLAINTIFF

v.                                            **COMPLAINT**

BILA FAMILY PARTNERSHIP
   <u>Serve Via Secretary of State per KRS 454.210</u>
   *Last Known Address:*
      162 N. Maine Street
      Florida, NY 10921

and

BIG LOTS STORES, INC.
   <u>Serve Via Registered Agent:</u>
   Corporation Service Company
   421 West Main Street
   Frankfort, KY 40601                                                                             DEFENDANTS

DATE  AUG 1 5 2019
COPY ATTEST
PAIGE PARKER
CIRCUIT COURT CLERK
CHRISTIAN COUNTY, KY
BY _____ D.C.

   1.    Plaintiff Martha Ashby is an adult individual and citizen of the Commonwealth of Kentucky who resides at 605 Freemont Drive, Hopkinsville, Kentucky.

   2.    Defendant Bila Family Partnership is a New York Family Partnership which maintains its principle executive offices at 162 N. Maine Street, Florida, New York. At all times relevant to this complaint, Defendant Bila Family Partnership owned the premises, including but not limited to the common areas and the parking lot, at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240 (hereinafter "the premises"). The premises includes property leased to various businesses, including Defendant Big Lots Stores, Inc.

   3.    The Defendant, Bila Family Partnership, is believed to be a foreign partnership, and therefore, a nonresident of the Commonwealth of Kentucky. Since the claims of Plaintiff herein relate to a negligence action, nuisance action, and res ipsa loquitor action in Christian County, Kentucky, pursuant to KRS 454.210, this court has in personam jurisdiction over said Defendant. In accordance with said statute, the Secretary of State of the Commonwealth of Kentucky is deemed the statutory agent for service of

Filed             19-CI-00794    08/15/2019        Paige Parker, Christian Circuit Clerk
A true copy attest    19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

process of said Defendant, Bila Family Partnership. Accordingly, service of summons should be effectuated in accordance with this statute. Said Defendant's last known address is 162 N. Maine Street, Florida, NY 10921.

4. At times relevant to this complaint, Defendant Bila Family Partnership engaged in business within Christian County, Kentucky, on a regular, systematic, continuous, and substantial basis.

5. At all times relevant to this complaint, Defendant Bila Family Partnership was the owner of the premises, including its parking lot area, and supervised, managed, oversaw, controlled, inspected, maintained, and/or operated the premises and its parking lot area. As such, at all times relevant to this complaint, Defendant Bila Family Partnership knew or should have known that the premises and its parking lot area were used by business invitees on a regular basis, as the premises includes property leased to various businesses, including Defendant Big Lots Stores, Inc., which businesses are frequented by business invitees on a regular basis.

6. At all times relevant to this complaint, Defendant Bila Family Partnership had actual and/or constructive knowledge of the use by business invitees of the premises including the parking lot area.

7. On or about November 4, 2018, Plaintiff was a business invitee of the premises and the parking lot area of Defendant Bila Family Partnership and of Defendant Bila Family Partnership's lessee, Defendant Big Lots Stores, Inc.

8. At all times relevant to this complaint, including on or about November 4, 2018, Defendant Bila Family Partnership owed a duty to use reasonable care to avoid causing injury to the Plaintiff, to insure her safety and well-being while using the premises including the parking lot area of the premises, and to provide a safe environment free from hazards and dangerous conditions.

9. On or about November 4, 2018, there were defects in the parking lot area of the premises, specifically a depression or "pothole" in an area which was foreseeable to and intended by the Defendant Bila Family Partnership to be used by its business invitees, and the business invitees of Defendant Bila Family Partnership's lessees. The Defendant Bila Family Partnership had actual and/or constructive knowledge of the existence of this defect.

Filed             19-CI-00794    08/15/2019        Paige Parker, Christian Circuit Clerk
A true copy attest    19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

Filed              19-CI-00794    08/15/2019        Paige Parker, Christian Circuit Clerk
A true copy attest 19-CI-00794    08/15/2019        /s/Paige Parker, Christian Circuit Clerk

10. On or about November 4, 2018, Plaintiff in her capacity as a business invitee of both Defendant Bila Family Partnership and Defendant Bila Family Partnership's lessee, Defendant Big Lots Stores, Inc., was on the premises and its parking lot area. As Plaintiff was walking therein, she was caused to trip, slip, fall and/or become injured because of the defects in the parking lot area of the premises, specifically a significant depression or "pothole".

11. As a foreseeable, direct, and proximate result of the action/inaction described in this complaint of Defendant Bila Family Partnership, Plaintiff has sustained severe and painful injuries; ongoing physical pain and suffering; mental grief and anguish.

12. As a foreseeable, direct, and proximate result of the action/inaction described in this complaint by Defendant Bila Family Partnership, Plaintiff was required to attend numerous doctor visits, limiting her freedom of activity.

13. As a foreseeable, direct, and proximate result of the action/inaction described in this complaint by Defendant Bila Family Partnership, Plaintiff has suffered and will continue to suffer pecuniary loss, will need additional medical treatment, and has incurred and will continue to incur medical treatment expenses, expenses for medications, and other expenses.

14. As a foreseeable, direct, and proximate result of the action/inaction described in this complaint by Defendant Bila Family Partnership, Plaintiff has experienced and will continue to experience agonizing aches, pains and mental anguish; has been prevented from participating fully in activities of her avocations; has missed time from her employment; has experienced and will continue to experience pecuniary loss; and has sustained a loss of life's pleasures and negative impact upon her lifestyle.

15. The injuries sustained by Plaintiff were due in no manner whatsoever to any action or failure to act by Plaintiff.

## COUNT 1

### Negligence

16. Plaintiff realleges and incorporates the allegations contained in each other paragraph of this complaint as if fully set forth in this count.

3

Filed              19-CI-00794    08/15/2019        Paige Parker, Christian Circuit Clerk
A true copy attest 19-CI-00794    08/15/2019        /s/Paige Parker, Christian Circuit Clerk

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

17. Defendant Bila Family Partnership breached the aforementioned duty to Plaintiff, was negligent, in each of the following ways:

   i. by failing to provide Plaintiff with a safe environment free from hazards and dangerous conditions, specifically in the parking lot area of the premises;

   ii. by failing adequately to maintain the parking lot area of the premises;

   iii. by negligently maintaining the parking lot area of the premises;

   iv. by failing to inspect the parking lot area of the premises;

   v. by creating a trap, nuisance and/or dangerous condition, or causing or allowing such to occur, in the parking lot area of the premises;

   vi. by failing to warn plaintiff of the dangerous condition of, and/or created by, the pothole/depression in the parking lot area of the premises which caused Plaintiff to become injured;

   vii. by failing to barricade the area and/or to place warning signs to alert Plaintiff to the dangerous condition of, and/or created by, the pothole/depression in the parking lot area of the premises which caused plaintiff to become injured;

   viii. by failing properly to select, to train, to oversee, and/or to supervise its employees, workmen, staff, agents, and personnel, regarding the maintenance of the parking lot area of the premises;

   ix. by using negligent hiring and contracting practices regarding insuring safety of its business invitees and the maintenance of the parking lot area of the premises;

   x. by disregarding the rights and safety of the Plaintiff and others using the parking lot area of the premises;

   xi. by failing to use due care under the attendant circumstances;

   xii. by such other acts of carelessness and negligence as may be uncovered through the discovery process.

4

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

Filed                 19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest    19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

18. As a foreseeable, direct and proximate result of the above-described action/inaction of Defendant Bila Family Partnership Plaintiff has suffered injuries and damages as more fully described elsewhere in this complaint.

19. The above-described action/inaction of Defendant Bila Family Partnership was a foreseeable and proximate cause of the injuries and damages Plaintiff has suffered as more fully described elsewhere in this complaint.

**WHEREFORE,** Plaintiff demands judgment against Defendant Bila Family Partnership, for compensatory damages in an amount in excess of fifty thousand dollars ($ 50,000.00), together with pre-judgment and post-judgment interest, costs of suit, attorneys' fees, a trial by jury, and such other and further relief as may be just and equitable.

## COUNT TWO

### Nuisance

20. Plaintiff realleges and incorporates the allegations contained in each other paragraph of this complaint as if fully set forth in this count.

21. Defendant Bila Family Partnership maintained the parking lot area of the premises in such a manner that resulted in the creation and permitted maintenance of a nuisance, a nuisance per se, a private nuisance, a public nuisance, and/or a united nuisance to exist, up to and including the date that Plaintiff sustained the injuries complained of herein.

22. As a foreseeable, direct, and proximate result of the above-referred to nuisance or nuisances, Plaintiff has suffered and will continue to suffer severe, permanent, and personal damages as more fully set forth elsewhere in this complaint.

**WHEREFORE,** Plaintiff demands judgment against Defendant Bila Family Partnership for compensatory damages in an amount in excess of fifty-thousand dollars ($ 50,000.00), together with pre-judgment and post-judgment interest, costs of suit attorneys' fees, a trial by jury, and such other and further relief as may be just and equitable.

Filed                 19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest    19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

## COUNT THREE

### Res Ipsa Loquitor

23. Plaintiff realleges and incorporates the allegations contained in each other paragraph of this complaint as if fully set forth in this count.

24. At all relevant times, the instrumentality that caused the injuries to Plaintiff was in the control of Defendant Bila Family Partnership, and the occurrence complained of is of a kind which ordinarily does not occur in the absence of negligence on the part of the entity/person(s) in charge of the ownership, supervision, or maintenance thereof.

25. No action/inaction by the Plaintiff or persons other than Defendant Bila Family Partnership and its agent(s), designee(s), servant(s), workmen, or employee(s), caused or contributed to the Plaintiff's injuries and losses.

26. The negligence, or action/inaction, of Defendant Bila Family Partnership is within the scope of Defendant Bila Family Partnership's above-described duties to the Plaintiff.

27. In light of the foregoing, the Plaintiff is entitled to rely on the doctrine of *res ipsa loquitur* in holding Defendant Bila Family Partnership liable for the events and injuries and damages set forth above.

**WHEREFORE,** Plaintiff demands judgment against Defendant Bila Family Partnership for compensatory damages in an amount in excess of fifty-thousand dollars ($ 50,000.00), together with pre-judgment and post-judgment interest, costs of suit, attorneys' fees, a trial by jury, and such other and further relief as may be just and equitable.

## COUNT FOUR

### Claims Against Defendant Big Lots Stores, Inc.

28. Plaintiff realleges and incorporates the allegations contained in each other paragraph of this complaint as if fully set forth in this count. Plaintiff specifically alleges all causes of action in Counts One, Two, and Three above against Defendant Big Lots Stores, Inc.

29. Defendant Big Lots Stores, Inc. is a foreign corporation with its principal place of business in Columbus, Ohio.

6

30. At all times relevant, Plaintiff was a business invitee of Defendant Big Lots Stores, Inc.

31. At all times relevant, Defendant Big Lots Stores, Inc., had a duty to maintain the parking lot in which Plaintiff fell and sustained injury in a reasonably safe condition.

32. Defendant Big Lots Stores, Inc. failed to maintain the parking lot in which Plaintiff fell in a reasonably safe condition.

33. Defendant Big Lots Stores, Inc. failed to warn Plaintiff of a defective, unreasonably dangerous condition in the parking lot in which Plaintiff fell and sustained injury.

34. The above-described conduct of Defendant Big Lots Stores, Inc. caused Plaintiff to sustain numerous injuries, to incur medical expense past and future, to endure pain and suffering past and future, to miss time from her employment, and has permanently impaired Plaintiff's power to earn money.

**WHEREFORE,** Plaintiff demands judgment against Defendant Big Lots Stores, Inc. for compensatory damages in an amount in excess of fifty-thousand dollars ($ 50,000.00), together with pre-judgment and post-judgment interest, costs of suit, attorneys' fees, a trial by jury, and such other and further relief as may be just and equitable.

Respectfully submitted,

HOUSMAN, GARATT &
DUNCAN, PLLC

/s/ Clay Duncan
CLAY DUNCAN
GEORDIE GARATT
109 S. 4th Street
PO Box 1196
Paducah KY 42002-1196
270-444-6644

Attorneys for Plaintiff

This the 15th day of August, 2019.

7

Filed            19-CI-00794    08/15/2019        Paige Parker, Christian Circuit Clerk
A true copy attest   19-CI-00794    08/15/2019        /s/Paige Parker, Christian Circuit Clerk

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

## CERTIFICATION NOTICE PURSUANT TO 411.188

Without conceding the propriety or the constitutionality of KRS 411.188, nor the admissibility in evidence before a jury of the information described in that statute, I hereby certify that a copy of this Complaint and Certification are being sent by certified mail, return receipt requested to:

Blue Cross Blue Shield of Michigan
Gary L. Schmalzried, Esq., Asst. Gen. Counsel
232 S Capitol Avenue, L09
Lansing MI 48933-1504

Kanaa Ford, Sr. Claim Specialist
Liberty Mutual Insurance
PO Box 7214
London KY 40742

Claim #: P58D032061

advising them of potential subrogation rights. Failure to assert such rights by intervention, pursuant to Kentucky Civil Rule 24 may result in a loss of those rights with respect to any final award received by the plaintiff as a result of this action.

This 15th day of August, 2019.

/s/ Clay Duncan

8

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
Division ___
Civil Action No: _____

MARTHA ASHBY                                                            PLAINTIFF

v.   **REQUESTS FOR ADMISSION AND PRODUCTION TO DEFENDANT BIG LOTS STORES, INC.**

BILA FAMILY PARTNERSHIP
   Serve Via Secretary of State per KRS 454.210.
   *Last Known Address:*
      162 N. Maine Street
      Florida, NY 10921

and

BIG LOTS STORES, INC.
   Serve Via Registered Agent:
      Corporation Service Company
      421 West Main Street
      Frankfort, KY 40601                                              DEFENDANTS

Plaintiff propounds these Requests for Admission and Production to Defendant Big Lots Stores, Inc. pursuant to Civil Rules 34 and 36, to be answered within 45 days of service. All responses to requests for production are to be made at the office of Plaintiff's counsel.

**REQUESTS FOR ADMISSION**

1. Defendant Big Lots Stores, Inc. is requested to admit that it is the owner of the property which includes the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240.

2. Defendant Big Lots Stores, Inc. is requested to admit that it is solely responsible for the maintenance of the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240. If the response is anything other than "admit" this Defendant must provide the name and address of any other individual or entity it contends is responsible for

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

Filed                19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest   19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

the maintenance of the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240, and any documentation supporting its response to this Request for Admission.

## REQUESTS FOR PRODUCTION

1. Defendant Big Lots Stores, Inc. is requested to produce any lease agreement in effect as of November 4, 2018, pertaining to the property located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240 to which Defendant Big Lots Stores, Inc., or any of its subsidiaries, was a party.

Respectfully submitted,

HOUSMAN, GARATT & DUNCAN, PLLC

/s/ Clay Duncan
CLAY DUNCAN
GEORDIE GARATT
109 S. 4th Street
PO Box 1196
Paducah KY 42002-1196
270-444-6644

Attorneys for Plaintiff

## CERTIFICATE OF FILING

I hereby certify that these Requests for Admission and Production were electronically filed with the Christian Circuit Court Clerk on August 15, 2019 to be served on Defendant Big Lots Stores, Inc. along with the Summons and Complaint.

/s/ Clay Duncan

2

Filed                19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest   19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
Division \_\_\_
Civil Action No: _____

MARTHA ASHBY                                                                                     PLAINTIFF

v.   **REQUESTS FOR ADMISSION AND PRODUCTION TO DEFENDANT
BILA FAMILY PARTNERSHIP**

BILA FAMILY PARTNERSHIP
  <u>Serve Via Secretary of State per KRS 454.210</u>
  *Last Known Address:*
    162 N. Maine Street
    Florida, NY 10921

and

BIG LOTS STORES, INC.
  <u>Serve Via Registered Agent</u>:
    Corporation Service Company
    421 West Main Street
    Frankfort, KY 40601                                                                          DEFENDANTS

Plaintiff propounds these Requests for Admission and Production to Defendant Bila Family Partnership pursuant to Civil Rules 34 and 36, to be answered within 45 days of service. All responses to requests for production are to be made at the office of Plaintiff's counsel.

### REQUESTS FOR ADMISSION

1. Defendant Bila Family Partnership is requested to admit that it is the owner of the property which includes the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240.

2. Defendant Bila Family Partnership is requested to admit that it is solely responsible for the maintenance of the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240. If the response is anything other than "admit" this Defendant must provide the name and address of any other individual or entity it contends is responsible for

| | | | |
|---|---|---|---|
| Filed | 19-CI-00794 | 08/15/2019 | Paige Parker, Christian Circuit Clerk |
| A true copy attest | 19-CI-00794 | 08/15/2019 | /s/Paige Parker, Christian Circuit Clerk |

Package : 000013 of 000014

Presiding Judge: HON. ANDREW SELF (603276)

Filed              19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest 19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk

the maintenance of the parking lot in front of the Big Lots store located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240, and any documentation supporting its response to this Request for Admission.

## REQUESTS FOR PRODUCTION

1. Defendant Bila Family Partnership is requested to produce any lease agreement in effect as of November 4, 2018, pertaining to the property located at 2601 Fort Campbell Boulevard, Hopkinsville, KY 42240 to which Defendant Bila Family Partnership was a party.

Respectfully submitted,

HOUSMAN, GARATT & DUNCAN, PLLC

/s/ Clay Duncan
CLAY DUNCAN
GEORDIE GARATT
109 S. 4th Street
PO Box 1196
Paducah KY 42002-1196
270-444-6644

Attorneys for Plaintiff

## CERTIFICATE OF FILING

I hereby certify that these Requests for Admission and Production were electronically filed with the Christian Circuit Court Clerk on August 15, 2019 to be served on Defendant Bila Family Partnership along with the Summons and Complaint.

/s/ Clay Duncan

2

Filed              19-CI-00794    08/15/2019    Paige Parker, Christian Circuit Clerk
A true copy attest 19-CI-00794    08/15/2019    /s/Paige Parker, Christian Circuit Clerk